

**MASTERS PHARMACEUTICAL**

**TOP MASTERS SELLERS**

**NEW HEALTHPRO® METER**

ORDER THE **NEW**

**EASYTOUCH® HEALTHPRO™**

GLUCOSE MONITORING SYSTEM

**AVAILABLE NOW**

CALL YOUR SALES REP TODAY!

**UP TO 45 DAY TERMS**

Net 10 End of the Month.
**Order TODAY!!**

**SHORT-DATED SURPLUS**

**DON'T FORGET...**
Save an Additional 1% on qualifying products!
Up to 45-Day Billing Cycle
• For qualified customers only

**Log-on** to MastersRx.com and view our **weekend web specials** to save even more on popular pharmaceuticals.

**PROMO DATE** 5/15/15 – 5/18/15

# WEEKEND WEB SPECIALS
ONLINE DEALS, GREAT PRICES AND BEST SELLERS!!

Phone: 800.982.7922 • Fax: 800.201.6610 • MastersRx.com

| ITEM # | DESCRIPTION | SIZE | PRICE |
|---|---|---|---|
| 290800 | ATOVAQUONE 750mg/5mL suspension | 210mL | $691.99 |
| 120730 | BENZONATATE 100mg caps | 100 | $29.99 |
| 120732 | BENZONATATE 200mg caps | 100 | $39.99 |
| 111534 | BUTALBIT/ACET/CAFF 325/40/50mg tabs | 500 | $189.99 |
| 113348 | ENALAPRIL 2.5mg tabs | 100 | $19.99 |
| 113350 | ENALAPRIL 5mg tabs | 100 | $24.99 |
| 113354 | ENALAPRIL 20mg tabs | 100 | $44.99 |
| 611301 | ERYTHROMYCIN 2% gel | 60gm | $149.99 |
| 120501 | GALANTAMINE 4mg tabs | 60 | $63.99 |
| 120502 | GALANTAMINE 8mg tabs | 60 | $63.99 |
| 120503 | GALANTAMINE 12mg tabs | 60 | $63.99 |
| 120021 | HYOSCYAMINE SUBLINGUAL 0.125mg tabs | 100 | $9.99 |
| 120122 | IBANDRONATE SOD 150mg tabs | 3 | $49.99 |
| D119208 | ISOSORBIDE DINATRATE 5mg tabs | 1000 | $299.99 |
| 120355 | LEVOCETERIZINE 5mg tabs | 90 | $10.99 |
| 611090 | LIDOCAINE 5% ointment | 35.44gm | $179.99 |
| 121765 | MYCOPHENOLATE ACID DR 180mg tabs | 120 | $269.99 |
| 121766 | MYCOPHENOLATE ACID DR 360mg tabs | 120 | $549.99 |
| 121931 | OMEGA 3 ACID ETHYL ESTERS gcap | 120 | $132.99 |
| 610990 | PROCTOZONE HC 2.5% cream | 30gm | $46.99 |
| D121977 | RIFAMPIN 300mg caps | 30 | $14.99 |
| D121024 | TACROLIMUS 5mg caps | 100 | $399.99 |
| D121973 | TELMISARTAN 20mg tabs | 30 | $9.99 |
| D121975 | TELMISARTAN 40mg tabs | 30 | $9.99 |
| D121974 | TELMISARTAN 80mg tabs | 30 | $9.99 |

| Item # | Description | Size | Price |
|---|---|---|---|
| S117484 | ATENOLOL/CHLORTH 100/25mg tabs (Exp. 8/15) | 100 | $29.99 |
| SD121014 | AZITHROMYCIN 500mg tabs (Exp. 7/15) | 3x3 | $3.99 |
| SD610918 | BETAMETHASONE DIP AUG 0.05% lotion (Exp 9/15) | 60mL | $33.99 |
| SD610853 | BETAMETHASONE DIP AUG 0.05% oint (Exp. 8/15) | 50gm | $39.99 |
| SD600027 | HALOBETASOL 0.05% cream (Exp. 9/15) | 15gm | $24.99 |
| SD121679 | ISOSORBIDE MONO ER 120mg tabs (Exp. 7/15) | 100 | $23.99 |
| D501040 | LATANOPROST 0.005% ophth sol (Exp. 12/15) | 3 | $7.99 |
| D121710 | PAROXETINE 40mg tabs (Exp. 12/15) | 500 | $35.99 |
| SD120949 | VERAPAMIL 120mg tabs (Exp. 6/15) | 100 | $5.99 |
| D120950 | VERAPAMIL 180mg tabs (Exp. 2/16) | 500 | $39.99 |
| SD120709 | VERAPAMIL 240mg tabs (Exp. 7/15) | 500 | $29.99 |

Prices subject to change. We reserve the right to limit quantities. Sale prices valid 5/15/15 –5/18/15.

If you received this fax in error or wish to receive no future advertisements to your fax machine, please phone or fax Masters Pharmaceutical, Inc. Our toll free phone number is 1 (800) 982.7922 and our toll free fax number is 1 (800) 201.6610. A failure to comply, within the shortest reasonable time, as determined by the Commission, with such an opt out request is unlawful. All promos stand alone. Some products may be unavailable for sale in your area.

Fax number to be removed: _____     Pharmacy Name: _____     WS-MPI® 057-DH