AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ARcare d/b/a Parkin Drug, on behalf of itself and all others similarly situated, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-cv-511 |
| MASTERS PHARMACEUTICAL, INC. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MASTERS PHARMACEUTICAL, INC.
11930 KEMPER SPRINGS DRIVE
CINCINNATI, OH 45240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MATTHEW R. WILSON
MEYER WILSON CO., LPA
1320 DUBLIN ROAD, SUITE 100
COLUMBUS, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/4/2016              *Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-511

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Masters Pharmaceutical Inc.
was received by me on *(date)* 5-5-16.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lore Breetz, Compliance Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Masters Pharmaceutical Inc. @ 2:00pm on *(date)* 5-9-16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-10-16

*Brittian Daudel*
Server's signature

Brittian Daudelin, Process Server
Printed name and title

817 Main St., Ste. 400, Cincinnati, OH 45202
Server's address

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ARcare d/b/a Parkin Drug Store, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTERS PHARMACEUTICAL, INC.<br><br>Defendant. | No. 1:16-cv-511<br><br>**CLASS ACTION COMPLAINT**<br><br>**Demand for Jury Trial** |

**CLASS ACTION COMPLAINT**

Plaintiff, ARcare d/b/a Parkin Drug Store ("Plaintiff"), on behalf of itself and all others similarly situated, brings this Complaint against Masters Pharmaceutical, Inc. ("Defendant") for violations of the Telephone Consumer Protection Act. Plaintiff seeks certification of its claims against Defendant as a class action. In support, Plaintiff states as follows:

**INTRODUCTION**

1. This case challenges Defendant's policy and practice of faxing unsolicited advertisements without providing an opt-out notice as required by law.

2. Congress enacted the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, to regulate the fast-growing expansion of the telemarking industry. As is pertinent here, the TCPA and its implementing regulations prohibit persons within the United States from sending advertisements via fax without including a detailed notice that allows recipients to expeditiously opt out of receiving future solicitations.

3. Junk faxes disrupt recipients' peace, drain recipients' paper, ink, and toner, and cause recipients tangible damages. Junk faxes also cause recipients to waste valuable time retrieving and discerning the purpose of the faxes; prevent fax machines from receiving and sending authorized faxes; and cause undue wear and tear on recipients' fax machines. Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

ARcare, d/b/a Parkin Drug, on behalf
of itself and all others similarly situated,          :
            Plaintiff,
                                        :      Case No.:  1:16-cv-511

                                        :      District Judge -  Michael R. Barrett

MASTERS PHARMACEUTICAL, Inc.
            Defendant.                              :

## MOTION FOR ADMISSION *PRO HAC VICE*

      Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), __Matthew R. Wilson__, trial
                                                                         (Name of Trial Attorney)

attorney for __Plaintiff ARcare__, in the above-referenced action, hereby moves the court to
                  (Name of Party)

admit __Randall K. Pulliam__, *pro hac vice* to appear and participate as counsel or co-counsel
       (Name of PHV Attorney)

in this case for __Plaintiff ARcare__.
                       (Name of Party)

      Movant represents that __Randall K. Pulliam__ is a member in good standing
                                     (Name of PHV Attorney)

of the highest court of __Arkansas__ as attested by the accompanying certificate from that
                             (Name of State)

court and that __Randall K. Pulliam__ is not eligible to become a member of the
                    (Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required $200.00 fee.

      __Randall K. Pulliam__ understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ARCARE D/B/A PARKIN DRUG, ET AL. | : | CASE # 1:16-CV-511 |
| PLAINTIFF(S) | : | |
| VS. | : | |
| MASTERS PHARMACEUTICALS, INC. | : | AFFIDAVIT OF SERVICE |
| DEFENDANT(S) | : | |

STATE OF OHIO       )
                    ) SS.
COUNTY OF HAMILTON  )

TO:  MASTERS PHARMACEUTICAL, INC.
     11930 KEMPER SPRINGS DRIVE
     CINCINNATI, OH 45240

___Brittian Daudelin___ PERSONALLY, APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE **SUMMONS; COMPLAINT; MOTION FOR ADMISSION PRO HAC VICE** UPON THE ABOVE NAMED PARTY ON THE __9th__ DAY OF __May__, 20__16__, AT APPROXIMATELY __2:00__ P.M.

( ) BY DELIVERING TO AND LEAVING WITH THE NOTICED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE SAID NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE NOTICED PARTY;

(✓) BY DELIVERING AND LEAVING WITH __Lore Breetz, Compliance Manager__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE NOTICED PARTY, AUTHORIZED TO ACCEPT SERVICE, IN ABSENCE OF PARTIES LISTED FOR SERVICE (SEE NOTES BELOW)

( ) BY POSTING A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT _____ ON THE _____ DAY OF _____, 20___, AT APPROXIMATELY _____ M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW)

(NOTES) _____

RECEIVED BY: _Lore Breetz_   SERVICE DATE: 5/9/16   TIME: 2:00 pm

( ) DESCRIPTION: LORE BREETZ

- **SEX:** ___ MALE    ✓ FEMALE
- **SKIN:** ✓ WHITE   ___ BLACK   ___ YELLOW   ___ BROWN   ___ RED
- **HAIR:** ___ BLACK   ___ BROWN   ___ BLONDE   ✓ GRAY    ___ RED
- **AGE:**  ___ 16-20   ___ 21-35   ___ 36-50   ✓ 51-65    ___ 65+
- **HEIGHT:** ___ UNDER 5'  ___ 5'-5'3"  ✓ 5'4"-5'8"  ___ 5'9"-6'  ___ 6'+
- **WEIGHT:** ___ <100LBS  ___ 100-130  ___ 131-160  ✓ 161-200  ___ >200LBS

_Brittian Daudel_
PROCESS SERVER

LITIGATION SUPPORT SERVICES
817 MAIN STREET, SUITE 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __10th__ DAY OF __May__, 20__16__.

OH / KY NOTARY PUBLIC · COMM. EXP.: 6/17/20

[Notary Public Seal - State of Ohio]